UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Luvert M Paul  
    April M Turner-Paul  
        Debtor(s)

Case No. 13 B 40191

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2013.

2) The plan was confirmed on 01/06/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/17/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/19/2014, 05/20/2015.

5) The case was Dismissed on 06/01/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,608.40 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**      **$5,608.40**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,015.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $231.39 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$4,246.39**

Attorney fees paid and disclosed by debtor:      $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron Borowski | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Secured | 2,000.00 | 1,138.30 | 1,138.30 | 90.00 | 48.84 |
| Aaron's Inc | Unsecured | 0.00 | 799.22 | 799.22 | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 0.00 | 1,077.30 | 1,077.30 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 890.00 | 359.91 | 359.91 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 300.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Automotive Credit | Unsecured | NA | 0.00 | 0.98 | 0.00 | 0.00 |
| Automotive Credit | Secured | 8,681.00 | 8,681.98 | 8,681.00 | 747.27 | 337.06 |
| Bureau Of Collection R (Original Credito | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| city of chicago Parking tickets | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Com Ed | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,862.00 | 2,743.52 | 2,743.52 | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,775.00 | 4,566.50 | 4,566.50 | 0.00 | 0.00 |
| Dept of Ed/Sallie Mae | Unsecured | 1,659.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc (Original Creditor:Emp Of | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| First National Colle (Original Creditor: | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | NA | 916.59 | 916.59 | 0.00 | 0.00 |
| Heritage Acceptance Corp | Unsecured | 1,000.00 | 949.95 | 949.95 | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Peop | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 448.00 | 448.84 | 448.84 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 542.00 | 542.16 | 542.16 | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Con (Original Creditor: | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Minnesota Department of Human Servi | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Revenue Group | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 1,901.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 837.50 | 837.50 | 0.00 | 0.00 |
| Ncc Business Svcs Inc (Original Creditor | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 495.84 | 495.84 | 495.84 | 0.00 | 0.00 |
| Northeast Credit & C (Original Creditor: | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Octavia McGhee | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporat (Original Creditor: | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,767.00 | 2,003.80 | 2,003.80 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,767.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 1,105.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 3,300.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Secured | 1,640.00 | 2,132.28 | 1,640.00 | 90.00 | 48.84 |
| Progressive Finance | Unsecured | NA | 0.00 | 492.28 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | NA | 1,073.25 | 1,073.25 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 23,201.00 | 23,201.61 | 23,201.61 | 0.00 | 0.00 |
| USA Webcash | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Village of Glenwood | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| West River Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WOW | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,681.00 | $747.27 | $337.06 |
| All Other Secured | $2,778.30 | $180.00 | $97.68 |
| **TOTAL SECURED:** | **$11,459.30** | **$927.27** | **$434.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,979.25** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,246.39 |
| Disbursements to Creditors | $1,362.01 |
| **TOTAL DISBURSEMENTS** : | **$5,608.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/03/2015                    By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.